■ In the Matter of ROSA FULLER, Petitioner, v NEW YORK CITY HOUSING AUTHORITY et al., Respondents. [721 NYS2d 768] —Determination of respondent Housing Authority, dated October 23, 1997, dismissing petitioner from her position as a Supervisor of Housing Caretakers, unanimously confirmed, the petition denied and the proceeding brought pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, New York County [Phyllis Gangel-Jacob, J.], entered on or about December 15, 1999), dismissed, without costs.

Substantial evidence supports respondent's findings that petitioner possessed and used illicit drugs, and knowingly permitted her son to use the apartment leased to her by the Housing Authority for the sale of drugs. No basis exists to disturb respondent's findings of credibility (see, Matter of Berenhaus v Ward, 70 NY2d 436, 443-444). The penalty of dismissal does not shock our sense of fairness. Concur—Williams, J. P., Tom, Andrias, Lerner and Saxe, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GINO MABLE, Appellant. [721 NYS2d 532] —Judgment, Supreme Court, New York County (Michael Corriero, J.), rendered January 30, 1997, convicting defendant, after a jury trial, of two counts of robbery in the first degree and five counts of robbery in the second degree, and sentencing him, as a second violent felony offender, to two concurrent terms of 15 years concurrent with five terms of 7 years, unanimously affirmed.

The verdict was not against the weight of the evidence. There is no basis upon which to disturb the jury's determinations concerning credibility.

We perceive no basis for reduction of sentence. Concur—Williams, J. P., Tom, Andrias, Lerner and Saxe, JJ.